UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JAY BRILL,

                         Plaintiff,

      -against-

GERALD NEWMAN and
ABC TRAINING CENTER, INC.,

                         Defendants.
-----------------------------------------------------X

**RULE 7.1 Statement**

Case Number: 07 CIV 6532

      Pursuant to Federal Rules of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ABC TRAINING CENTER, INC. (a private non-governmental party) certifies that the following are corporate affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Dated: 9/21/2007

                                              _____
                                              Martin A. Wein         MW 0870
                                              65-12 69th Place
                                              Middle Village, New York 11379
                                              (718) 894-5501
                                              Fax: (718) 326-3781