UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
JAY BRILL,

      Plaintiff,

  -against-

GERALD NEWMAN and
ABC TRAINING CENTER, INC.,

      Defendants.
-------------------------------------------------X

**APPEARANCE**

Case Number: 07 CIV 6532

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 Defendants: GERALD NEWMAN and ABC TRAINING CENTER, INC.

 I certify that I am admitted to practice in this court.

9/21/2007

              _____
              Martin A. Wein   MW 0870

              65-12 69th Place

              Middle Village, New York 11379

              (718) 894-5501
              Fax: (718) 326-3781