## AFFIRMATION OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS   )ss.:

I, MARTIN A. WEIN, attorney and counselor at law, admitted to practice in the United States District Court, Southern District of New York, affirms the truth of the following, upon the penalty of perjury.

I am not a party to this action, am over 18 years of age and reside at Syosset, N.Y.

On  September 21, 2007 I served the within

### ANSWER, APPEARANCE AND RULE 7.1 STATEMENT

[X]    by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

   Laurence J. Lebowitz & Associates
   485 Madison Avenue-15th Floor
   New York, New York 10022

Dated: Middle Village, New York
       September 21, 2007

_____
MARTIN A. WEIN