UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAY BRILL,

        Plaintiff,

-against-                                DKT. NO. 07 CV 6532 (DAB)

GERALD NEWMAN and
ABC TRAINING CENTER, INC.,

        Defendants.
------------------------------------------------------------X

### STIPULATION OF DISCONTINUANCE WITH PREJUDICE

     IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties in the above captioned action that this matter is discontinued with prejudice and without costs or disbursements assessed against either party.

Dated: New York, New York
       February 15, 2008

_____                   _____
Laurence J. Lebowitz, Esq                            Martin A. Wein, Esq.
Attorney for Plaintiff                                        Attorney for Defendants
485 Madison Avenue                                      65-12 69th Place
15th Floor                                                        Middle Village, New York 11379
New York, New York 10022                          (718) 894-5501
(212) 935-6020

SO ORDERED:

_____
Hon. Deborah A. Batts, USDJ