

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAY BRILL,

        Plaintiff,

-against-                                DKT. NO. 07 CV 6532 (DAB)

GERALD NEWMAN and
ABC TRAINING CENTER, INC.,

        Defendants.
-----------------------------------------------------------X

### STIPULATION OF DISCONTINUANCE WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties in the above captioned action that this matter is discontinued with prejudice and without costs or disbursements assessed against either party.

Dated: New York, New York
         February 15, 2008

_____                     _____
Laurence J. Lebowitz, Esq                            Martin A. Wein, Esq.
Attorney for Plaintiff                                   Attorney for Defendants
485 Madison Avenue                                65-12 69th Place
15th Floor                                                   Middle Village, New York 11379
New York, New York 10022                    (718) 894-5501
(212) 935-6020

*The Clerk of the Court is directed to close the docket in this case*

SO ORDERED:

*Deborah A. Batts*
Hon. Deborah A. Batts, USDJ